Appellants.— Motion to place case on the June calendar granted. Present —
Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

Robert G. Haight, Respondent, v. Oscar B. Hill and Others, Appellants.—
Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J.,
Rich, Jaycox, Manning and Young, JJ.

In the Matter of Acquiring Title by the City of New York to Certain Lands and
Premises Situated on the Southerly Side of Suwanee Avenue, between Shoshone
Street and Thames Street, etc., in the Borough of Queens.—Motion for reargu-
ment denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

In the Matter of the Application of Samuel F. Edmead for Reinstatement as
an Attorney and Counselor at Law.— Motion for reinstatement granted. Present
— Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

In the Matter of the Application of the Brooklyn Bar Association to Dis-
cipline an Attorney. Joseph A. Firpo, Respondent.— Motion to confirm ref-
eree's report granted, respondent disbarred, and his name directed to be stricken
from the roll of attorneys. Present — Kelly, P. J., Rich, Jaycox, Manning and
Young, JJ.

In the Matter of the Petition of Bertha M. Hughes to Render and Settle Her
Account as Executrix, etc., of James Hughes, Deceased. (Claim of Sarah L.
Hughes.) — Motion to add case to the June calendar denied. Present — Kelly,
P. J., Rich, Jaycox, Manning and Young, JJ.

In the Matter of the Application of Elizabeth L. Ludlam, Petitioner, for a
Certiorari Order against Town Board of the Town of Oyster Bay, Nassau
County, and Others, Respondents.— Motion for certiorari order granted. Present
— Kelly, P. J., Rich, Jaycox, Manning and Young, JJ. Settle order on notice.

Harry Klar, Respondent, v. Isaac Probber and Another, Appellants.—
Motion to dismiss appeal granted. Present — Kelly, P. J., Rich, Jaycox, Manning
and Young, JJ.

Gertrude Knoepfel, Respondent, v. Arnold Knoepfel, Appellant.— Motion
for stay granted to the extent that no final judgment shall be entered in the case
until the appeal from the interlocutory judgment has been heard and decided.
The stay, however, is not to affect the payment of alimony allowed by the trial
court, which alimony must be paid as provided by such order. Present — Kelly,
P. J., Rich, Jaycox, Manning and Young, JJ.

Adolph Leibowitz and Another, Respondents, v. Bickford's Lunch System
and Another, Appellants.— Motion for reargument denied. Motion for leave to
appeal to the Court of Appeals granted. Present — Kelly, P. J., Rich, Jaycox,
Manning and Young, JJ. Settle order on notice.

Nathan Levine, Respondent, v. Giovanni Vaccaro, Appellant.— Motion to
dismiss appeal denied on condition that appellant perfect the appeal for the October
term (for which term the case is set down) and be ready for argument when
reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J.,
Rich, Jaycox, Manning and Young, JJ.

Frederick A. Locke, Respondent, v. Markel, Tucker, Cook Company, Inc.,
Appellant.— Appeal dismissed, without costs and without prejudice, on the ground
that it appears that the order appealed from has not yet been entered in the proper
county. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

Joseph Meyer, Respondent, v. Esther Levinson and Another, Appellants.—